IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORBERT PHILLIPS,

    Petitioner,

v.

CAROL HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-505-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Norbert Phillips for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that he is in custody in violation of the Constitution or the laws of the United States.

_____    11/1/11
Peter Oppeneer, Clerk of Court          Date